

U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street
New York, New York 10007

February 11, 2008

By Fax

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

    Re:  Neldy Rosado v. Astrue
          07 Civ. 8462 (RWS)

Dear Judge Sweet:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. With consent of plaintiff pro se, I respectfully request, nunc pro tunc, an extension of time to answer the complaint, from February 8, 2008, until March 10, 2008 (March 9, 2008, falls on a Sunday). This extension of time will permit the Agency to complete its review of the case.

    On February 8, 2008, I wrote to the Court to request an extension of time, but I misidentified the docket number. I apologize for this error.

    This is defendant's second request for an extension as the answer was originally due on December 10, 2007. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

*[signed: Sogordant Sweet USDJ 2-12-08]*

cc: Neldy Rosado, Plaintiff Pro Se (By Mail)

TOTAL P.02