Sweet, J

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-0378
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELDY A. ROSADO,

Plaintiff,

- v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

Defendant.

STIPULATION AND ORDER OF REMAND

07 Civ. 8462 (RWS)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
February 20, 2008

Neldy A. Rosado

NELDY A. ROSADO
Plaintiff Pro Se
4301 Park Avenue
Apt. #5
Bronx, New York 10457
Telephone No. (718)561-2206

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: Leslie A. Ramirez-Fisher

LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378

SO ORDERED: March 12, 2008

Miriam Goldman Cedarbaum

United States District Judge
Part I