**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
NELDY A. ROSADO,

               Plaintiff,

   -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

               Defendant.
------------------------------------------------------X

07 CIVIL 8462 (RWS)

**JUDGMENT**

SCANNED

     Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on March 12, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
          March 24, 2008

                        J. MICHAEL McMAHON
                        _____
                        Clerk of Court
          BY:
                        _____
                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____